IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Case No. 16-13411-jkf |
|---|---|
| Andrew T. Fanelli, | Chapter 7 |
| Debtor. | Honorable Jean K. FitzSimon |

### STIPULATION AND ORDER REGARDING MOTION OF WELLS FARGO BANK, NA FOR RELIEF FROM AUTOMATIC STAY UNDER §362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

**WHEREAS**, on May 13, 2016, Bonnie B. Finkel was appointed Chapter 7 Trustee (the "Trustee") of the Estate of Andrew T. Fanelli; and

**WHEREAS,** on June 13, 2016, Wells Fargo Bank, NA (the "Movant" or "Wells Fargo" and together with Trustee, the "Parties") filed a motion requesting termination of the automatic stay and leave from the Court to foreclose on its mortgage on real property owned by Debtor Andrew T. Fanelli (the "Motion") [Doc. No. 44]; and

**WHEREAS,** the Parties agree it would be in the best interests of the Parties, the Court and judicial economy to enter into this stipulation regarding the adjournment of the hearing scheduled for July 20, 2016 on the Motion for thirty (30) days to allow the Trustee to review this case and the Motion on the terms set forth below.

**NOW THEREFORE, THE PARTIES AGREE, AND THE COURT HEREBY ORDERS AS FOLLOWS:**

1. The Motion of Wells Fargo Bank, NA for Relief From Automatic Stay Under §362 Pursuant to Bankruptcy Rule Procedure 4001 is adjourned for thirty (30) days to a date to be determined at the convenience of the Court, with the stay to remain in place in the meantime.

2. The Trustee's response to the Motion shall be due on or before seven (7) prior to the rescheduled hearing date, which date is _____, 2016 at _:_0_.m. (ET).

1

3. Other than as set forth herein, all rights of the Parties are reserved.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
*Attorneys for Chapter 7 Trustee*

Dated: June 15, 2016  By: */s/ Gary D. Bressler*
          Gary D. Bressler, Esq.
          1617 John F. Kennedy Blvd., Suite 1500
          Philadelphia, PA 19103
          Phone: (215) 557-2900
          Facsimile: (215) 557-2990

**PHELAN HALLINAN DIAMOND & JONES, LLP**
*Attorneys for Movant, Wells Fargo Bank, NA*

Dated: June 15, 2016  By: */s/ Joseph P. Schalk*
          Joseph P. Schalk, Esq.,
          1617 JFK Boulevard, Suite 1400
          One Penn Center Plaza
          Philadelphia, PA 19103
          Phone Number: 215-563-7000 Ext 37365
          Fax Number: 215-568-7616
          Email: joseph.schalk@phelanhallinan.com

**APPROVED AND SO ORDERED**:

Dated:        By: _____
          Honorable Jean K. FitzSimon, U.S.B.J.