IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| IN RE: : | |
| ANDREW T. FANELLI : | BK. No. 16-13411-jkf |
| Debtor : | |
| : | Chapter No. 07 |
| WELLS FARGO BANK, NA : | |
| Movant : | |
| v. : | |
| ANDREW T. FANELLI : | |
| and : | 11 U.S.C. §362 |
| BONNIE B. FINKEL, ESQUIRE (TRUSTEE) : | |
| Respondents : | |

### ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 24th day of August, 2016, at **PHILADELPHIA**, upon Motion of **WELLS FARGO BANK, NA** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 5981 ATKINSON ROAD, NEW HOPE, PA 18938-5301 (hereinafter the Premises) ~~(as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises)~~, as to allow Movant, its successors or assignees, to ~~proceed with its rights under the terms of said Mortgage~~.

JEAN K. FITZSIMON, BANKRUPTCY JUDGE

BONNIE B. FINKEL, ESQUIRE (TRUSTEE)
P.O. BOX 1710
CHERRY HILL, NJ 08034

JENNIFER E. CRANSTON, ESQUIRE
ONE COMMERCE SQUARE,
2005 MARKET STREET, SUITE 3500
PHILADELPHIA, PA 19103

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

ANDEREW T. FANELLI
5981 ATKINSON ROAD
NEW HOPE, PA 18938

THE UNITED STATES OF AMERICA C/O
THE UNITED STATES ATTORNEY FOR
THE EASTERN DISTRICT OF PA
615 CHESTNUT STREET, SUITE 1250
PHILADELPHIA, PA 19106-4404